**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 28, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00056-CV

---

### JERRY J. MARKOVICH AND RAVI KUMARARATNE, Appellants

### V.

### ROBERT R. HARL, VAN A. VELCH, JOHN T. MCNABB, II, EDWARD J. DIPAOLO, MICHAEL C. LEBENS, DANIEL E. LONERGAN, ROBERT L. SLUDER, AND S. MILLER WILLIAMS, Appellees

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-65392**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 24, 2016. On June 20, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Busby and Wise.